

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-13-00213-CV

Mark A. **CANTU**,
Appellant

v.

**GUERRA & MOORE LLP**, Carlos Guerra, J. Michael Moore, and David Lumber,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ0001154 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

On June 25, 2014, this court issued its opinion and judgment in this appeal. This court granted Appellees unopposed first motion for extension of time to file a motion for rehearing or a motion for en banc reconsideration until July 24, 2014. *See* TEX. R. APP. P. 49.1, 49.7, 49.8.

On July 18, 2014, Appellees filed a notice of appearance of counsel and a second unopposed motion for extension of time to file a motion for rehearing until August 4, 2014.

Appellees' motion is GRANTED. Appellees' motion is due on August 4, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court